# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-3135
LT Case No. 05-2021-CA-47475

_____

FLORIDA INSURANCE GUARANTY
ASSOCIATION,

    Appellant,

    v.

ENA THOMAS,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
George Thomas Paulk, II, Judge.

Dorothy DiFiore and Megan G. Colter, of Quintairos, Prieto,
Wood & Boyer, P.A., Tampa, for Appellant.

Jeremy D. Bailie and Sandford Blaine Kinne, of Weber, Crabb &
Wein, P.A., St. Petersburg, for Appellee.

February 24, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EISNAUGLE and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____